Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−19797−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel W. Cluff III
   aka Daniel Webster Cluff lll
   244 Fishing Creek
   Cape May, NJ 08204

Social Security No.:
   xxx−xx−6358

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on May 20, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 32
Order Granting Application for Extension of Loss Mitigation (Related Doc # 32). Loss Mitigation Period Extended to: 8/7/2022. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/19/2022. (kvr)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: May 20, 2022
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19797-JNP |
| Daniel W. Cluff, III | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 20, 2022 | Form ID: orderntc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel W. Cluff, III, 244 Fishing Creek, Cape May, NJ 08204-4422 |
| aty | + | Knuckles, Komosinski & Manfro, LLP, 600 East Crescent Ave., Ste. 201, Upper Saddle River, NJ 07458-1846 |
| lm | + | Shellpoint, PO Box 619063, Dallas, TX 75261-9063 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruno Bellucci, III | on behalf of Debtor Daniel W. Cluff III jkearney@bellucilaw.net, bbellucci@bellucilaw.net,jkearney@bellucilaw.net,kpalermo@bellucilaw.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer L. Kearney | on behalf of Debtor Daniel W. Cluff III jkearney@bellucilaw.net |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: May 20, 2022 | Form ID: orderntc | Total Noticed: 3

Phillip Andrew Raymond  on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS7 phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7