Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  21−19797−JNP
                      Chapter:  13
                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel W. Cluff III
   aka Daniel Webster Cluff lll
   244 Fishing Creek
   Cape May, NJ 08204

Social Security No.:
   xxx−xx−6358

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 23, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 36 − 3
Order Approving Interim Confirmation Order (related document:3 Chapter 13 Plan and Motions filed by Debtor Daniel W. Cluff). Payments in the amount of $ $54.00 per month per month, beginning 6/1/2022. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/19/2022. Confirmation hearing to be held on 9/7/2022 at 10:00 AM at JNP − Courtroom 4C, Camden. (kvr)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 23, 2022
JAN: kvr

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In re: | | Case No. 21-19797-JNP |
| Daniel W. Cluff, III | | Chapter 13 |
|     Debtor | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2022 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Knuckles, Komosinski & Manfro, LLP, 600 East Crescent Ave., Ste. 201, Upper Saddle River, NJ 07458-1846 |
| lm | + Shellpoint, PO Box 619063, Dallas, TX 75261-9063 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruno Bellucci, III | on behalf of Debtor Daniel W. Cluff III jkearney@bellucilaw.net, bbellucci@bellucilaw.net,jkearney@bellucilaw.net,kpalermo@bellucilaw.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer L. Kearney | on behalf of Debtor Daniel W. Cluff III jkearney@bellucilaw.net |
| Phillip Andrew Raymond | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2022 | Form ID: orderntc | Total Noticed: 2 |

on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS7 phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7