Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-19797 (JNP)

Daniel W. Cluff, Iii  
244 Fishing Creek  
Cape May, NJ  08204

Monthly Payment: $54.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2022 | $50.00 | 02/03/2022 | $50.00 | 02/17/2022 | $50.00 | 03/17/2022 | $50.00 |
| 04/18/2022 | $50.00 | 05/17/2022 | $50.00 | 06/17/2022 | $50.00 | 07/18/2022 | $50.00 |
| 08/17/2022 | $50.00 | 09/19/2022 | $50.00 | 10/18/2022 | $50.00 | 11/18/2022 | $50.00 |
| 12/19/2022 | $50.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DANIEL W. CLUFF, III | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUNO BELLUCCI, III, ESQUIRE | 13 | $1,500.00 | $549.40 | $950.60 | $0.00 |
| 1 | KNUCKLES, KOMOSINSKI & MANFRO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | NEW REZ, LLC | 24 | $84,258.19 | $0.00 | $84,258.19 | $0.00 |
| 3 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BRUNO BELLUCCI III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DANIEL W. CLUFF III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $209.09 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2022 | 4.00 | $0.00 |
| 05/01/2022 | Paid to Date | $250.00 |
| 06/01/2022 | 31.00 | $54.00 |
| 01/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $650.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $45.70 |
| Arrearages: | ($22.00) |
| Attorney: | BRUNO BELLUCCI, III, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**