UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Bruno Bellucci, III, Esquire
Attorney ID# BBIII: 6378
BellucciLaw, P.C.
450 Tilton Road Suite 125
Northfield, NJ 08225
(609)641-6200
Attorneys for Debtor(s)

**Order Filed on September 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Daniel W. Cluff, III

Case No.:  _____21-19797_____

Chapter:  _____13_____

Judge:  _____JNP_____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____01/07/2022_____ :

Property:    244 Fishing Creek Rd. Cape May NJ

Creditor:    Shellpoint

and a Request for

☑    Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____,
and for good cause shown

❑    Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/14/2023_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*