| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Bruno Bellucci, III, Esquire<br>Attorney ID# BBIII: 6378<br>BellucciLaw, P.C.<br>450 Tilton Road Suite 125<br>Northfield, NJ 08225<br>(609)641-6200<br>Attorneys for Debtor(s) | Order Filed on September 29, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Daniel W. Cluff, III | Case No.:    21-19797<br><br>Chapter:    13<br><br>Judge:    JNP |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____01/07/2022_____ :

Property: ___244 Fishing Creek Rd. Cape May NJ_____

Creditor: ___Shellpoint_____

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/14/2023_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 21-19797-JNP

Daniel W. Cluff, III                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                  Page 1 of 2
Date Rcvd: Sep 29, 2023                Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel W. Cluff, III, 244 Fishing Creek, Cape May, NJ 08204-4422 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruno Bellucci, III | on behalf of Debtor Daniel W. Cluff  III jkearney@bellucilaw.net, bbellucci@bellucilaw.net,jkearney@bellucilaw.net,kpalermo@bellucilaw.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer L. Kearney | on behalf of Debtor Daniel W. Cluff  III jkearney@bellucilaw.net, bbellucci@bellucilaw.net,jkearney@bellucilaw.net,kpalermo@bellucilaw.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Phillip Andrew Raymond     on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS7 phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7