UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, N.A.

In Re:

Daniel W. Cluff III,

Debtor.

Case No.:    21-9797-JNP

Chapter:    13

Hearing Date:    03/19/2024

Judge:    Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 244 Fishing Creek Road (Docket # 64)

_____

Date: 3/18/2024                /s/ Denise Carlon
                     Signature

*rev.8/1/15*