**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:                                                                  CASE NO.: 21-19797
                                                                        CHAPTER 13

     Daniel W. Cluff, III,

     Debtor.

_____/

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC</u><br>Name of Transferee | <u>Legacy Mortgage Asset Trust 2019-GS7</u><br>Name of Transferor |

Name and Address where notices to Transferee
should be sent:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Court Claim # (if known): 1
Amount of Claim: 326,683.74
Date Claim Filed: 2/4/2022

Phone: <u>877-735-3637</u>                           Phone: <u>800-365-7107</u>
Last Four Digits of Acct #: <u>7384</u>             Last Four Digits of Acct #: <u>9959</u>

Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: <u>7384</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Christopher Salamone            Date:  04/25/2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____ April 26, 2024 _____, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United

States Mail to the following:

DANIEL W. CLUFF, III
244 FISHING CREEK
CAPE MAY, NJ 08204

And via electronic mail to:

BELLUCCILAW, P.C.
450 TILTON ROAD, SUITE 101
NORTHFIELD, NJ 08225

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38 SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By:/s/Raven Amerson
Raven Amerson
Email: ramerson@raslg.com