UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Bruno Bellucci, III, Esquire
Attorney ID# BBIII: 6378
BellucciLaw, P.C.
450 Tilton Road Suite 125
Northfield, NJ 08225
(609)641-6200
Attorneys for Debtor(s)

In Re:

Daniel W. Cluff, III

Order Filed on June 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  21-19797

Chapter:  13

Judge:  JNP

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 12, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____01/07/2022_____ :

Property: 244 Fishing Creek Rd. Cape May NJ

Creditor: Shellpoint

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____09/14/2024_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2