**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 21-19797-JNP |
| | CHAPTER 13 |
| Daniel W. Cluff, III aka Daniel Webster Cluff, III, | |
| Debtor. | |

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 1-1 |
| Selene Finance LP | Amount of Claim: $326,683.74 |
| Attn: BK Dept | Date Claim Filed: 2/4/2022 |
| 3501 Olympus Blvd, Suite 500 | |
| Dallas, TX 75019 | |
| | |
| Phone: 877-735-3637 | Phone: 877-735-3637 |
| Last Four Digits of Acct #: 7384 | Last Four Digits of Acct #: 7384 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 7384

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Francisco Cardona    Date: August 22, 2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  August 28, 2024 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Daniel W. Cluff, III
244 Fishing Creek
Cape May, NJ 08204

And via electronic mail to:

Bruno Bellucci, III
BellucciLaw, P.C.
450 Tilton Road
Suite 101
Northfield, NJ 08225

Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                                  By: /s/ Dena Eaves
                                                  Dena Eaves
                                                  deaves@raslg.com