Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  21–19797–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Daniel W. Cluff III
    aka Daniel Webster Cluff lll
    244 Fishing Creek
    Cape May, NJ 08204
Social Security No.:
    xxx–xx–6358
Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                February 11, 2025
Time:                   11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*93* – Certification in Opposition to (related document:92 Creditor's Certification of Default (related document:73 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 01/17/2025. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by Jennifer L. Kearney on behalf of Daniel W. Cluff III. (Kearney, Jennifer)

and transact such other business as may properly come before the meeting.


Dated: January 20, 2025
JAN: kvr


                                        Jeanne Naughton
                                        Clerk