UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Daniel W. Cluff,

Debtor.

Case No.: ____21-19797-JNP____

Chapter: ____13____

Hearing Date: ____2/11/2025____

Judge: ____Poslusny____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 92)

_____

Date: 2/07/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*