UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

Order Filed on February 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-19797 JNP

In Re:
Daniel W. Cluff III., a/k/a Daniel Webster Cluff, lll

Debtor

Hearing Date: 3/19/2025 @ 10am

Judge: Jerrold N. Poslusny, Jr.

**ORDER CURING POST-PETITOIN ARREARS & RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: February 27, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Daniel W. Cluff III., a/k/a Daniel Webster Cluff, lll
Case No: 21-19797 JNP
Caption of Order: ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFICATION OF DEFUALT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 244 Fishing Creek Road, Cape May, NJ, 08204, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Rex Roldan, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 14, 2025, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2025 through February 2025 for a total post-petition default of $511.46 (2 @ $255.73); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $511.46 will be paid by Debtor remitting $85.25 per month for five months and $85.21 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on March 1, 2025 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 2, 2025, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 21-19797-JNP
Daniel W. Cluff, III                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                                   Page 1 of 2
Date Rcvd: Feb 27, 2025                    Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

**Recip ID         Recipient Name and Address**
db            +    Daniel W. Cluff, III, 244 Fishing Creek, Cape May, NJ 08204-4422

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025                  Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

**Name**                **Email Address**

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Bruno Bellucci, III
    on behalf of Debtor Daniel W. Cluff  III jkearney@belluccilaw.net,
    bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

Denise E. Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer L. Kearney

| | |
|---|---|
| | on behalf of Debtor Daniel W. Cluff  III jkearney@belluccilaw.net, bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Laura M. Egerman | |
| | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS7 laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | |
| | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS7 phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Sherri R. Dicks | |
| | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust sdicks@raslg.com  shrdlaw@hotmail.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11